IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BARBARA DRAGA, | ) | CASE NO. 1:16-cv-2645 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| COMENITY BANK CORP., | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, Defendant Comenity Bank ("Comenity"), improperly named in the Complaint as Comenity Bank Corp., files this Notice of Removal to the United States District Court for the Southern District of Indiana, Indianapolis Division, of Civil Action No. 32D05-1608-MI-000176 from the County Court of Hendricks County, Indiana, where the action is now pending. In support of this Notice of Removal, Comenity states as follows:

1. On September 1, 2016, Plaintiff Barbara Draga ("Draga") filed a Complaint against Comenity in the County Court of Hendricks County, Indiana, bearing Case No. 32D05-1608-MI-000176. A copy of the Complaint is attached at Exhibit 1.

2. Although Comenity's counsel received a courtesy copy of the Complaint on September 14, 2016, Comenity has yet to be served with an official summons and the Complaint. This Notice is filed within 30 days from the date of Comenity's receipt of the Complaint and is therefore timely pursuant to 28 U.S.C. §1446(b).

3. Copies of all process, pleadings and orders that Comenity has received are attached and filed with this Notice as Exhibit 1, pursuant to 28 U.S.C. §1446(a).

4. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be served on Plaintiff and filed promptly in the County Court of Hendricks County, Indiana.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331. On its face, the Complaint alleges violations of the Federal Telephone Consumer Protection Act, 47 U.S.C. §227. Thus, the case is removable to this Court. *See* 28 U.S.C. §1441(a).

For the foregoing reasons, Defendant Comenity Bank hereby provides notice that said action is removed to this Court, and that the County Court of Hendricks County, Indiana shall proceed no further therein unless this case is remanded.

          Respectfully submitted,

          */s/ Lev K. Martyniuk*
          Lev K. Martyniuk (IN Bar # 13718-49)
          PORTER WRIGHT MORRIS & ARTHUR LLP
          250 East Fifth Street, Suite 2200
          Cincinnati, OH  45202
          Phone:  (513) 369-4211
          Facsimile:  (513) 421-0991
          Email:  lmartyniuk@porterwright.com

          *Attorney for Defendant Comenity Bank*

Of Counsel:

Bryan R. Faller (OH Bar # 0072474)
Jared M. Klaus (OH Bar # 0087780)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street
Columbus, OH  43215
Telephone: (614) 227-2022
Facsimile:  (614) 227-2100
Email:  bfaller@porterwright.com
       jklaus@porterwright.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2016, a copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Plaintiff, through her counsel listed below, will also be served by regular U.S. mail. Parties may access this filing through the Court's system.

    Syed Ali Saeed, Esq.
    Jeff Neuenschwander, Esq.
    Saeed & Little, LLP
    1433 N. Meridian Street, Suite 202
    Indianapolis, Indiana 46202

    *Counsel for Plaintiff Barbara Draga*

                                      */s/ Lev K. Martyniuk*
                                      Lev K. Martyniuk