IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BARBARA DRAGA, | ) | CASE NO. 1:16-cv-2645-WTL-MPB |
| | ) | |
| Plaintiff, | ) | JUDGE WILLIAM T. LAWRENCE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE MATTHEW P. BROOKMAN |
| | ) | |
| COMENITY BANK CORP., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff, Barbara Draga, by Counsel, having submitted the Motion to Dismiss, without prejudice all of Plaintiff's, Barbara Draga's, individual claims against Defendants, and this Court having reviewed the same in the premises, hereby GRANTS said motion.

Date: 11/22/16

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Bryan R. Faller (OH Bar # 0072474)
Jared M. Klaus (OH Bar # 0087780)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street
Columbus, OH 43215
Telephone: (614) 227-2022
Facsimile: (614) 227-2100
Email: bfaller@porterwright.com
jklaus@porterwright.com

Lev K. Martyniuk (IN Bar # 13718-49)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
Telephone: (513) 369-4211
Facsimile: (513) 421-0991
Email: lmartyniuk@porterwright.com
*Attorneys for Defendant Comenity Bank*

Syed Ali Saeed ali@sllawfirm.com
Jeff Neuenschwander jeff@sllawfirm.com
Saeed and Little, LLP
1433 North Meridian Street, Suite 202,
Indianapolis, IN 46220
Telephone: 317-721-9214